

FEB 18 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

Rickey J Beaver
(Name of Plaintiff)

vs.

Jason Cooper
City of Seattle ET AL.
Erin Becker
Detective Tomlinson
Detective Norton
(Names of Defendants)

**C04-0337C**

CIVIL RIGHTS COMPLAINT BY A PRISONER UNDER 42 U.S.C. § 1983

04-CV-00337-CMP

### I. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner:
☒ Yes   ☐ No

B. If your answer to A is yes, how many?: __1__   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff  Rickey A Beaver

Defendants  King County Jail ET AL
Steve Thompson / medical dept

1

2. Court (give name of District) **UNITED STATES DISTRIC COURT WESTERN DISTRIC. WASH**

3. Docket Number **DON'T KNOW**

4. Name of judge to whom case was assigned **Judge Weinberg**

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?) **IC WON & Settled for $3500.00**

6. Approximate date of filing lawsuit **I believe July/2001**

7. Approximate date of disposition **I beleve Dec/2001**

II. Place of Present Confinement: **King County Correctional facility Kent**

   A. Is there a prisoner grievance procedure available at this institution?  ☐ Yes  ☒ No

   B. Have you filed any grievances concerning the facts relating to this complaint?  ☐ Yes  ☒ No
      If your answer is NO, explain why not **There is no need for grievances procedure.**

   C. Is the grievance process completed?  ☐ Yes  ☒ No

      If your answer is YES, ATTACH A COPY OF THE <u>FINAL</u> GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.

III. Parties to this Complaint

   A. Name of Plaintiff: **Rickey A Beaver**  Inmate No.: **203048821**
      Address: **620-W James ST Kent, WASH 98032**

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

   B. Defendant **Jason Cosper**  ; official position _____ ;
      place of employment **Unknown Address Either**

2

C. Additional defendants   Erin Becker prosecutor
Det Tomlinson
Det Norton

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

On or about May 30/001 Jason Cogger maliciously and with malice intent, instituted Detective Tomlinson and Detective Norton also prosecuting Attorney Erin Becker, to proceed against me for taking a motor vehicle without permission, with knowledge that the same was false, unfounded, malicious and without probable cause. Jason with corrupt and wrongful motives willfully gave the Detectives false and misleading statements with knowledge of the same because of the statements I was arrested and put in jail and held pending trial, while awaiting trial I was denied medication which was prescribed for me for depression and chemical imbalance, which I was accustom to taking daily doses of Trazadone /200 mg as a result of being denied I suffered severe side affects and withdrawal that I found to be extremely difficult to handle under normal circumstances I became extremely frustrated devastated overwhelmed with shock and grief unable to controll my emotion because of the trama of what I was being put through, and by not having my medication this ordeal was so painful that I committed myself to physic ward at the King County Jail to escape the mental and physical abuse which was being administered to a point that I became languish and I was unable to repress my dementia. As a result of the physical and mental injuries I sustained due to the malicious prosecution and constitutional violation I was subjected to despite my desperate plead of innocent Erin Becker

3

## Continuation of Statement of Claim

Continued with the assistance of Jason Cosser who instigated and conjured up this malicious and deceptive plot in reckless disregard of my constitutional rights. Jason still refused to retract his false, misleading and perjured testimony and statement. Jason continued to lie and manipulate the court which lead to Erin Becker. To continue against criminal preceeding against me. eventho Erin Becker by being the prosecutor has entire controll of criminal proceeding and may prosecute or refuse to prosecute case he see fit. Because Erin Becker, DeT Tomlinson and DeT Norton neglected to do a thural investigation into complaint instigated and insited by Jason Cosser and had they thurly investigated all evidence, statements and testimonies by Jason they would have realized that he was lying because of Jasons lies and contenual instigating of the prosecution with the criminal preceeding el was detained for a period of 4 1/2 month and subjected to

Conclusion of Statement of Claim

and sustained stress mental anguish, pain suffering, false imprisonment, civil rights violations, maliciously prosecuted denied prescribed med for mental illness + depression denied my freedom.
Thank Good for Justice +
OCT 15/00 dismissed w/out prejudice. in my favor

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like The court to Bring Jason up on charges of purjury, for maliciurly prosecuting me, and for submitting false reports and from all That were involved and play a roll in me being incarcerated and maliciously prosecuted and for insuria sustained as a result of their neslience I would like to be awarded 1500$ per day for every day I was Detained in Jail and To be awarded extra for stress, mental anguish, punishing

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __12__ day of __February__, ~~19~~__2004__

_Rickey Beaver_
(Signature of Plaintiff)

4